UNITED STATES of America, Plaintiff–Appellee

v.

Carvorsia Devionn ROSE, Defendant–Appellant.

No. 09–50599
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gregory L. Ahlgren, Ahlgren Law Firm, Laredo, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Carvorsia Devionn Rose has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rose has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

